UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

KRISTEN WINKLER,
       Plaintiff,
  v.
CAPITAL ONE BANK (USA), N.A.,
       Defendant.

_____/

Case No.: 2:18-cv-11387-BAF-APP

Hon. Bernard A. Friedman

NOTICE OF SETTLEMENT

## NOTICE OF SETTLEMENT

Plaintiff KRISTEN WINKLER notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement, and stay all remaining discovery deadlines.

Respectfully submitted the 19th day of July, 2018.

Dated: July 20, 2018

                       */s/ Jordan Z. Weiss*
                       Jordan Z. Weiss, PLLC
                       32000 Northwestern Highway, Ste.275
                       Farmington Hills, MI 48334
                       (248)939-9979
                       Jordan@jzwesq.com
                       P74097

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 19th day of July, 2018, I caused a copy of the foregoing NOTICE OF SETTLEMENT to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

Erin L. Hoffman Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612-766-7000
Fax: 612-766-1600
Email: erin.hoffman@FaegreBD.com

Ryan G. Milligan
Faegre Baker Daniels LLP
311 S. Wacker Dr.
Suite 4300
Chicago, IL 60606
312-212-6500
Fax: 312-212-6501
Email: ryan.milligan@FaegreBD.com

*/s/ Jordan Z. Weiss*
Jordan Z. Weiss, PLLC
32000 Northwestern Highway, Ste.275
Farmington Hills, MI 48334
(248)939-9979
Jordan@jzwesq.com
P74097
Attorney for Plaintiff, Kristen Winkler