UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTIN WINKLER,

    Plaintiff,

    v.

CAPITAL ONE BANK (USA) N.A.,

    Defendant.
    /

Case No. 2:18-cv-11387-BAF-APP

Hon. Bernard A. Friedman
Mag. Judge Anthony P. Patti

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Subject to the approval of the Court, to be endorsed hereon, the parties agree to a dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) without an award of costs or attorneys' fees to any party.

IT IS SO ORDERED that this action is now dismissed with prejudice.

Dated: October 10, 2018

s/Bernard A/ Friedman
Honorable Bernard A. Friedman
Semior United States District Judge

/s/Ryan G. Milligan
FAEGRE BAKER DANIELS LLP
Ryan G. Milligan (P81435)
202 S. Michigan St., – Suite 1400
South Bend, IN  60606
Telephone:  312.212.6500
Facsimile:  312.212.6501
Ryan.Milligan@FaegreBD.com

*Counsel for the defendant,*
*Capital One Bank (USA) N.A.*

/s/Alyson J. Dykes
Alyson J. Dykes (CA SBN: 319835)
Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road
Suite 310
Corona, CA 92880
Telephone:  (657) 500-4317
Facsimile:  (657) 227-0270
Alysond@jlohman.com

/s/ Jordan Z. Weiss
Jordan Z. Weiss, PLLC
320000 Northwestern Highway, Ste. 275
Farmington Hills, MI 48334
Telephone: (248) 939-9979
Jordan@jzwesq.com
P74097

*Counsel for the plaintiff, Kristin Winkler*